**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Apolonio GALLARDO–LUNA,**
**Defendant–Appellant.**

**No. 08–40676**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 30, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Apolonio Gallardo–Luna, Houston, TX, pro se.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Apolonio Gallardo–Luna has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gallardo–Luna has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.